[No. 35343-1-II.   Division Two.   March 11, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT A. NORDQUIST, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 06-1-00882-8, Stephen M. Warning, J., entered September 13, 2006. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Quinn-Brintnall, J.; Bridgewater, J., concurring separately.

[No. 35359-8-II.   Division Two.   March 11, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. RUSSELL EUGENE PEARSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-00372-4, Frederick W. Fleming, J., entered September 15, 2006. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Van Deren, A.C.J., and Bridgewater, J.

[No. 35640-6-II.   Division Two.   March 11, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY W. FELLAS, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 06-1-00403-4, Kenneth D. Williams, J., entered December 1, 2006. *Reversed* and *remanded* by unpublished opinion per Penoyar, J., concurred in by Van Deren, A.C.J., and Bridgewater, J.

[No. 35739-9-II.   Division Two.   March 11, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD ALLEN STEWARD, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 06-1-00395-0, Kenneth D. Williams, J., entered December 15, 2006. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Armstrong, J.